

FILED
OCT. 12, 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAUN RUSHING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 21-01905 (UNA) |
| ) | |
| THE STATE OF MICHIGAN, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**

This matter is before the court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. *Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that a Michigan state agency has denied his requests for medical coverage, and he brings this lawsuit demanding insurance and an award of $110 trillion. As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule

8(a).  It fails to state a basis for this Court's jurisdiction and articulate a claim showing plaintiff's entitlement to an award of $110 trillion.  The Court, therefore, will dismiss the complaint without prejudice and will grant the application to proceed *in forma pauperis*.  An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 12, 2021

_____
CARL J. NICHOLS
United States District Judge